UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CALVIN K. CLARK, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Case No. 4:07CV1357 JCH |
| ) | |
| PAT SMITH, ) | |
| ) | |
| Respondent. ) | |

### ORDER OF DISMISSAL

In accordance with the Memorandum and Order entered this day and incorporated herein,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that Petitioner's Petition under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody is **DENIED**, and his claim is **DISMISSED** with prejudice.

Dated this 19th day of February, 2010.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE